UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALL SEASON POWER LLC AKA ALL SEASON POWER L.L.C. DBA SNOWJOE LOGISTICS ADBA SNOW JOE; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-09888-SSC<br><br>Hon. Stephanie S. Christensen<br><br>ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Action Removed: October 15, 2025<br>Trial Date: None set |

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefore, hereby ORDERS as follows:

1. The above-captioned action is DISMISSED WITH PREJUDICE in its entirety, including all claims and counterclaims asserted by any party against any other party.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to close this case.

4. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: May 15, 2026

_____
Hon. Stephanie S. Christensen
United States Magistrate Judge